1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2

3

4

5

6

7

```
                                        ┌──────────────────────────────────┐
                                        │              FILED               │
                                        │                                  │
                                        │            Oct 06 2023           │
                                        │                                  │
                                        │           Mark B. Busby          │
                                        │  CLERK, U.S. DISTRICT COURT       │
                                        │  NORTHERN DISTRICT OF CALIFORNIA  │
                                        │          SAN FRANCISCO            │
                                        └──────────────────────────────────┘
```

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,              )   CASE NO.   3:23-cr-00346 CRB
                                           )
12        Plaintiff,                       )   VIOLATIONS:
                                           )   21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession
13     v.                                  )   with Intent to Distribute Fentanyl
                                           )
14  MARLON GUSTAVO VALLE-ACOSTA,           )   21 U.S.C. § 853 – Forfeiture Allegation
                                           )
15        Defendant.                       )
                                           )
16  _____       )

17                         I N F O R M A T I O N

18  The United States Attorney charges:

19  COUNT ONE:          (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute
20                      Fentanyl)

21        On or about September 27, 2023, in the Northern District of California, the defendant,

22                       MARLON GUSTAVO VALLE-ACOSTA,

23  did knowingly and intentionally possess with intent to distribute a mixture and substance containing a

24  detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, commonly known

25  as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section

26  841(a)(1) and (b)(1)(C).

27  //

28  //

INFORMATION

1  FORFEITURE ALLEGATION:        (21 U.S.C. § 853(a))

2        The allegations contained above are hereby re-alleged and incorporated by reference for the

3  purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

4        Upon conviction of the offense alleged in Count One above, the defendant,

5                          MARLON GUSTAVO VALLE-ACOSTA,

6  shall forfeit to the United States all right, title, and interest in any property constituting and derived from

7  any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property

8  used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such

9  violations, including but not limited to a forfeiture money judgment and the following:

10              a.      One Galaxy mobile phone, model S22 Ultra 5G, IMEI 351132612012696

11              b.      $271 in U.S. currency

12        If any of the property described above, as a result of any act or omission of the defendant:

13              a.      cannot be located upon exercise of due diligence;

14              b.      has been transferred or sold to, or deposited with, a third party;

15              c.      has been placed beyond the jurisdiction of the court;

16              d.      has been substantially diminished in value; or

17              e.      has been commingled with other property which cannot be divided without

18                      difficulty,

19  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

20  United States Code, Section 853(p).

21        All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal

22  Procedure 32.2.

23

24  DATED: October 6, 2023                    ISMAIL J. RAMSEY
                                              United States Attorney
25

26                                            _____/s/_____
                                              LLOYD FARNHAM
27                                            Assistant United States Attorney

28

INFORMATION                        2